# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-2411
_____

R.C. THOMAS,

   Appellant,

   v.

MARK S. INCH, Secretary,
Florida Department of
Corrections,

   Appellee.
_____


On appeal from the Circuit Court for Leon County.
Karen Gievers, Judge.


June 4, 2019


PER CURIAM.

   AFFIRMED.

ROBERTS, RAY, and JAY, JJ., concur.


_____

   ***Not final until disposition of any timely and
   authorized motion under Fla. R. App. P. 9.330 or
   9.331.***
_____

R.C. Thomas, pro se, Appellant.

Ashley Moody, Attorney General, Kristen Jennifer Lonergan, Assistant Attorney General, Kenneth S. Steely, General Counsel, Tallahassee, for Appellee.